RECEIVED
IN MONROE, LA.
JUL 2 3 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| DUSTIN PUGEAU | * | CIVIL ACTION NO. 12-0453 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| DONNIE ADAMS, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# RULING

Pending before the Court is a civil rights Complaint filed by *pro se* Plaintiff Dustin Pugeau on January 17, 2012. On May 23, 2012, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 9] in which she recommended that the Court dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 41(b) and Local Rule 41.3.

In the Report and Recommendation, Magistrate Judge Hayes detailed Plaintiff's failure to comply with the Court's orders. She further noted that, since mail delivered to his last known address was returned to the Clerk of Court on March 1, 2012, Plaintiff has not corresponded with the Court.

The Court agrees with and ADOPTS the Magistrate Judge's recitation of facts and her analysis of the law. However, the Court notes that on June 8, 2012, the Clerk of Court received a change of address from Plaintiff. At that time, the Clerk of Court updated Plaintiff's address and sent him (1) a copy of the Magistrate Judge's February 24, 2012 Order [Doc. No. 7] instructing him to submit documents on approved forms and to submit a filing fee or a completed *in forma pauperis* application and (2) a copy of the Magistrate Judge's May 23, 2012 Report and Recommendation [Doc. No. 9]. Although more than thirty days have now passed, the Court has

received no further correspondence or filings from Plaintiff.

Accordingly, the Court agrees with the Magistrate Judge that this case should be DISMISSED. See FED.R.CIV.P. 41(b); LR 41.3W.

MONROE, LOUISIANA, this 23 day of July, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE