

RECEIVED
IN MONROE, LA.
JUL 2 3 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| DUSTIN PUGEAU | * | CIVIL ACTION NO. 12-0453 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| DONNIE ADAMS, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED,** pursuant to Fed. R. Civ. P. 41(b); LR 41.3W.

MONROE, LOUISIANA, this **23** day of **July**, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE